**Litigation Notification**

Form: T - 008-1
Year: 2012

Notice Date: 4/6/2012

Control: 4067216

To Call For Assistance:
**800-423-5120**

Contact: Litigation Department
Administrative Office



| Response Requested By | 5/11/2012 |

### 1 | Why are you getting this notice?

Our Office is intending to file a claim against your lender First Mariner Bk aimed at improper lender actions. Records indicate that you may be a potential plaintiff in a national lawsuit. It is imperative that you contact our offices immediately. To learn more or opt in, CALL **800-423-5120**.

The goal is to reduce your interest rate, reduce your monthly payment and/or potentially reduce your principal balance. Additionally, we may seek monetary relief, intend to delay or stop forecosure, and/or seek compensation for damages.

### Case Details

- Seeking Monetary Damages per Individual
- Investigation of Potentially Fraudulent Mortgage Note
- Multiple Claims of Fraud and Misrepresentation
- Reduction or Forgiveness of Loan
- Reduction of Interest and Payment

| Next Step is to Call >> >> >> | 800-423-5120 |

### 2 | What happens if you don't respond by 5/11/2012

You may be excluded as a plaintiff of a National Lawsuit against First Mariner Bk, don't delay, case settlement time will vary from case to case. When calling please reference file number 4067216.

**Call 800-423-5120 to Confirm Eligibility Prior to 5/11/2012**

*This information was obtained through public record sources; The Resolution Law Group, P.C., is not sponsored or affiliated with your lender First Mariner Bk and is not affiliated, approved or endorsed by any agency of the government. Pre-selection criteria and audit of home loan consists of loan amount, loan to value percentages, date of loan, and residential jurisdiction. Eligibility status for representation is based on numerous criteria, including but not limited to lender participation in loss mitigation negotiations, LTV restrictions, loan amount, verifiable client hardship, bankruptcy law, monthly payments, and/or principal reduction. Lower monthly payments and debt forgiveness are Potential Settlements but will vary case to case. We do not guarantee a successful outcome and recommend you seek legal advice before deciding to stop paying your mortgage; you could potentially lose your ho   and damage your credit rating. This advertisement does not contain or constitute legal advice. Licensed to Practice Law in CT and C   J00 West Putnam Ave, Suite 400; Greenw'~h, CT 06830